[No. 5177.    Decided July 5, 1904.]

ROBERT W. DICK, *Respondent*, v. WASHINGTON MATCH COMPANY, *Appellant*.

Appeal from a judgment of the superior court for Pierce county, Snell, J., entered October 19, 1904. · Affirmed.

*H. E. Foster*, for appellant.

*James J. Anderson*, for respondent.

PER CURIAM.—By a written stipulation of counsel for the respective parties in this cause, it is agreed that the disposition of the appeal herein shall be controlled by the decision in *Mulholland v. Washington Match Company* [*ante*, p. 315, .77 Pac. 497]. The decision in said cause was filed July 5, 1904, and, on the authority thereof, the judgment in this cause is affirmed.

---

[No. 5012.    Decided August 5, 1904.]

SEATTLE & LAKE WASHINGTON WATERWAY COMPANY et al., *Respondents*, v. CANNEL COAL COMPANY, *Appellant, and* THE CITY OF SEATTLE, *Defendant*.

Appeal from a judgment of the superior court for King county, Tallman, J., entered October 14, 1903.    Affirmed.

*Ballinger, Ronald & Battle*, for appellant.

*Sachs & Hale*, for respondents.

PER CURIAM.—This case is in all respects the same as, and is controlled by, the case of *Seattle & Lake Washington Waterway Company v. Seattle Dock Company* [*ante*, p. 503, 77 Pac. 845], decided July 26, 1904.    For the reasons given in that case, the judgment appealed from will stand affirmed.